IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES ENOCH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. CIV-22-248-C |
| ) | |
| SCOTT CROW, Director, ) | |
| ) | |
| Respondent. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Suzanne Mitchell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Mitchell entered a Report and Recommendation on May 10, 2022, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

The facts and law are accurately set out in Judge Mitchell's Report and Recommendation and there is no purpose to be served in repeating them yet again. The Court has carefully considered Petitioner's objections, but finds that Petitioner merely restates the conclusions and legal arguments originally asserted, and raises no issue not fully and accurately addressed and rejected by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge (Dkt. No. 7), and for the reasons announced therein, the petition for habeas corpus relief dismissed, as untimely. A judgment will enter accordingly.

IT IS SO ORDERED this 7th day of June 2022.

ROBIN J. CAUTHRON
United States District Judge